Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile (213) 896-2450
Email: shelley.hurwitz@hklaw.com

Attorney for Plaintiff NEWELL OPERATING COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWELL OPERATING COMPANY, | **CASE NO.: 3:09-CV-00185-PJH** |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| ANDREW SHALABY | |
| Defendant | |

CASE NO.:  09-0185 PJH                                     1

1  TO THE HONORABLE COURT AND TO ALL PARTIES,

2

3      NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a),

4  plaintiff voluntarily dismisses the above-captioned action without prejudice.

5

6  Dated:  February 26, 2009          HOLLAND & KNIGHT LLP

7                                                  /s Shelley Hurwitz
                                            SHELLEY G. HURWITZ
8                                              *Attorney for Plaintiff*
                                            *Newell Operating Company*

12  # 6123972_v1

15  3/2/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CASE NO.:  09-0185 PJH                      2